# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2014

148387(20)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

US BANK NATIONAL ASSOCIATION,
    Plaintiff-Appellee,

v

DEVINDER S. BAJWA and KAMALJIT BAJWA,
    Defendants-Appellants.

SC: 148387
COA: 313516
Washtenaw CC: 12-000068-AV

_____/

      On order of the Court, the motion for reconsideration of this Court's June 24, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2014



Clerk

p1020